# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RONNIE J. KNIGHTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-4630

[March 14, 2018]

### *ON REMAND FROM THE SUPREME COURT OF FLORIDA*

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Robin Lee Rosenberg, Judge; L.T. Case No. 11CF011008AMB.

Carey Haughwout, Public Defender, and Ellen Griffin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

DAMOORGIAN, J.

This matter is before us on remand from the Supreme Court of Florida following its decision in *State v. Knighton,* No. SC16-1426 slip op. (Fla. Feb. 1, 2018), quashing our decision in *Knighton v. State*, 193 So. 3d 115 (Fla. 4th DCA 2016). In accordance with the supreme court's mandate, we affirm Appellant's adjudication of guilt and sentence.

*Affirmed.*

GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***